UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| LAMAR BURTON, #495156, )<br>         Plaintiff, )<br>)<br>v. )<br>)<br>MICHIGAN DEPARTMENT OF )<br>CORRECTIONS, ET AL., )<br>         Defendant. )<br>_____) | No. 1:20-cv-854<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 21, 2021                                          /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge